UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **Criminal No. 1:21-MJ-00148 (ZMF-1)** |
| | : | |
| **JASON GERDING** | : | |

**JASON GERDING'S STATUS REPORT REGARDING A PROTECTIVE ORDER**

Jason Gerding, through counsel, respectfully provides this report with regards to the status of a protective order.

1. Mr. Gerding is charged by complaint with Knowingly Entering or Remaining in any Restricted Building or Grounds; Knowingly Engaging in Disorderly Conduct in any Restricted Building or Grounds; and Violent Entry and Disorderly Conduct on Capitol Grounds.

2. On March 22, 2021, the assigned AUSA provided counsel with a copy of a proposed Motion for Protective Order.

3. On March 24, 2021, the offices of the U.S. Attorney's Office for the District of Columbia and the Federal Public Defender's Office reached an agreement as to a protective order, attached as Exhibit A.  That day, undersigned counsel informed the assigned AUSA that he would not oppose the March 24th protective order.  On March 29, 2021, the assigned AUSA indicated that he will file a Motion for the Court to enter the March 24th protective order but was awaiting word from counsel for Ms. Gerding.

4. Undersigned counsel is required to submit his opposition to the Government's Motion for Protective Order by March 29, 2021. For that reason, counsel is submitting this status report to explain why a Motion has not been filed.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500