AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Jason Gerding**<br>**AKA: N/A**<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00148
Assigned to: Judge Zia M. Faruqui
Assign Date: 1/19/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_               **Jason Gerding**
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)-Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority
18 U.S.C. 1752(a)(2)-Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or
Grounds
40 U.S.C. 5104(e)(2)(D), (G)-Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     January 21, 2021                                2021.01.21 20:38:41
                                                          -05'00'
                                                          _Issuing officer's signature_

City and state:          Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
                                                          _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_  01/21/2021  , and the person was arrested on _(date)_  01/28/2021<br>at _(city and state)_    Quincy, IL |
| Date:   01/29/2021                          _Craig Kmett_<br>                                             _Arresting officer's signature_<br><br>                          Craig Kmett - SDUSM<br>                                             _Printed name and title_ |