UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-131 (PLF) |
| | : | |
| v. | : | |
| | : | |
| JASON GERDING, | : | |
| CHRISTINA GERDING, | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 4, 2021 discovery letter in this case, which is hereby served as an attachment via ECF on counsel for the Defendants.

                                                          Respectfully submitted,

                                                          CHANNING D. PHILLIPS
                                                          Acting United States Attorney
                                                          D.C. Bar No. 415793

                By:        /s/ Anthony L. Franks
                              ANTHONY L. FRANKS
                              Missouri Bar No. 50217MO
                              Assistant United States Attorney
                              Detailee – Federal Major Crimes
                              United States Attorney's Office
                              for the District of Columbia
                              Telephone No . (314) 539-3995
                              anthony.franks@usdoj.gov

## CERTIFICATE OF SERVICE

On this 4th day of May, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                          /s/ Anthony L. Franks
                                                          Anthony L. Franks
                                                          Assistant United States Attorney