**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00131- PLF |
| | : | |
| **JASON GERDING** and | : | |
| | : | |
| **CHRISTINA GERDING.,** | : | |
| | : | |
| **Defendants.** | : | |

**JOINT MOTION TO CONTINUE OCTOBER 15, 2021**
**STATUS CONFERENCE FOR SIXTY DAYS**

The United States of America, through counsel, and Defendants Jason Gerding and Chirstina Gerding, through counsel, hereby move this Court to continue the status conference set for October 15, 2021 for sixty (60) days. The parties further move the Court to exclude the period of the continuance from the computation of time under the Speedy Trial Act. In support of this motion, the parties state as follows:

1.	On June 11, 2021, the Court held a Status Conference in this case. The parties discussed that a substantial amount of discovery had been provided to the parties, and that the Government would continue to supplement discovery. The parties also discussed the possibility of resolving this case by plea agreement, which has not occurred to date.

**2.**	On October 12, 2021, counsel for Defendants and the Government agreed that the Court's Status Conference, which is set for October 15, 2021, should be continued. The Government has produced voluminous discovery over the past 30 days, which counsel for the Defendants have not both been able to review. The parties do not have additional information to provide to the Court currently. The parties also agreed to exclude from the computation of time under the Speedy Trial Act the time between October 15, 2021 and the next Status Conference.

WHEREFORE, for the foregoing reasons, the parties hereby respectfully request that the Court grant this Motion to Continue October 15, 2021 Status Conference for Sixty Days, and further request that the Court exclude the period from October 15, 2021 until the next Status Conference in this case occurs from the computation of time under the Speedy Trial Act.

J. KRAMER FEDERAL PUBLIC DEFENDER

By: /s/ Euegene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

Counsel for Defendant Jason Gerding

By: /s/ Jerry Ray Smith , Jr.
JERRY RAY SMITH, JR., ATTORNEY AT LAW
717 D Street, NW, Suite 310
Washington, DC 20004-2812

Counsel for Defendant Christina Gerding

and

CHANNING PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov