UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v.              )      Criminal No. 21-0131 (PLF)<br> )<br>JASON GERDING       )<br>   and            )<br>CHRISTINA GERDING,    )<br> )<br>   Defendants.     )<br> ) | |

## SCHEDULING ORDER

On June 2, 2022, the Court set forth the schedule for trial, which is scheduled to begin with jury selection on April 17, 2023. See Minute Entry (June 2, 2022). The Court further ordered the parties to meet and confer and submit a joint status report with a proposed schedule for further status conferences and all pretrial motions – including any motions to dismiss the case, all motions in limine, and all Daubert motions – as well as a proposed jury panel size that "takes into account the parties respective peremptory challenges, see Fed. R. Crim. P. 24, and potential challenges for cause, which may be impacted by publicity related to the facts of this case." See Minute Order (June 3, 2022).

On July 14, 2022, the parties submitted a joint status report jointly proposing a schedule for further status conferences and pretrial motions. See Joint Status Report ("JSR") [Dkt. No. 64]. The parties also proposed that the Court enlist a jury panel of seventy potential jurors. See id. at ¶ 7. Based on the representations made by counsel at the status conference on June 2, 2022, the Court predicts that the length of trial will be 5-6 days.

After careful consideration of the parties' joint status report, the Court adopts the parties' joint proposed schedule and agrees with the parties' proposal for a jury panel of seventy potential jurors. The Court further directs the parties to meet and confer and provide proposed deadlines for the exchange and submission of exhibits, witness lists, and proposed jury instructions and a jury verdict form. The joint status report should also include proposed dates for oral arguments on all pretrial motions– including Rule 12 motions, motions in limine, and Daubert motions –and a proposed date for the final pretrial conference. Accordingly, it is hereby

ORDERED that the parties shall meet and confer and file a joint status report, on or before August 2, 2022, proposing dates for the exchange of case-in-chief exhibits, exhibit lists, and witness lists, as well as the submission of proposed jury instructions and a jury verdict form. The joint status report shall also include proposed dates for oral arguments on all pretrial motions– including Rule 12 motions, motions in limine, and Daubert motions –and a proposed date for the final pretrial conference; and it is

FURTHER ORDERED that this case will proceed pursuant to the following schedule:

| Date | Description |
| --- | --- |
| August 3, 2022 at 1:00 p.m. | Status conference. |
| November 16, 2022 at 1:00 p.m. | Status conference. |
| December 2, 2022 | The parties shall file any Rule 12 motions to dismiss. |
| January 14, 2023 | The parties shall file oppositions to Rule 12 motions to dismiss. |

| Date | Description |
|---|---|
| February 10, 2023 | The parties shall file replies in support of Rule 12 motions to dismiss.<br><br>The parties shall file any motions in limine and Daubert motions. |
| February 24, 2023 | The parties shall file oppositions to motions in limine and Daubert motions. |
| March 3, 2023 | The parties shall file replies to motions in limine and Daubert motions. |
| April 17, 2023 at 10:00 a.m. | Jury selection will commence in the Ceremonial Courtroom (Courtroom 20) in the E. Barrett Prettyman Courthouse. |
| April 18, 2023 at 10:00 a.m. | Trial will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse with opening statements, and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/19/22