UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.   1:21-cr-00131-PLF |
| | : | |
| JASON GERDING | : | |
| | : | |
| and | : | |
| | : | |
| CHRISTINA GERDING, | : | |
| | : | |
| Defendants. | : | |

## AUGUST 1, 2022 JOINT STATUS REPORT

The United States of America and Defendants Jason Gerding and Christina Gerding, by and through their undersigned counsel, provide this August 1, 2022 Joint Status Report to propose additional deadlines for trial preparation as ordered by the Court:

1. The Defendants are charged in a four count Information with violating the following statutes: Count One, 18 U.S.C. § 1752(a)(1)(Entering and Remaining in a Restricted Building or Grounds); Count Two, 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds), Count Three , 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building); Count Four , 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. Jury-trial is set in this case for April 17, 2023.

3. Pursuant to the Court's July 19, 2022 Order, the parties propose the additional dates for matters in this case:

    a. On April 4, 2023, oral argument on all Rule 12 motions, motions in limine, and Daubert motions shall occur;

    b. By April 11, 2023, the parties shall exchange their proposed case-in-chief exhibits and witness list. The parties can also submit any additional exhibits at

trial for admission if they are provided to counsel for review the day that the exhibits are submitted for admission; and

c. The Final Pretrial Conference should occur on April 13, 2023.

Respectfully Submitted,

J. KRAMER FEDERAL PUBLIC DEFENDER

By: /s/ Eugene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
**Counsel for Defendant Jason Gerding**

JERRY RAY SMITH, JR., ATTORNEY AT LAW

By: /s/ Jerry Ray Smith, Jr.
JERRY RAY SMITH, JR.
717 D Street, NW, Suite 310
Washington, DC 20004-2812
**Counsel for Defendant Christina Gerding**

and

MATTHEW W. GRAVES
United States Attorney
D.C. Bar No. 4871052

By:/s/ Anthony L. Franks
ANTHONY L. FRANKS
Missouri Bar No. 50217MO
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No . (314) 539-3995
anthony.franks@usdoj.gov

3