**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Crim. No. 1:21-cr-00131-PLF** |
| **JASON GERDING,  and** | **:** | |
| **CHRISTINA GERDING** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## NOTICE TO THE COURT

The United States of America and their undersigned counsel comes now for its Notice to the Court and states as follows:

1. Pursuant to the Court's November 9, 2022 Order, the parties have conferred regarding the status of the case and setting the next scheduling conference.

2. The parties note that there are no new developments in the case in that a pretrial disposition has not been met.

3. The parties are available for a Status Conference on either December 21, 2022, after 12:30 EST or on December 22, 2022 after noon EST.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

*/s/ Anthony L. Franks*
ANTHONY L. FRANKS
Missouri Bar No. 50217MO

Assistant United States Attorney

Detailee – Federal Major Crimes
United States Attorney's Office
For the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov

*/s/ Nialah S. Ferrer*
Nialah S. Ferrer
Assistant United States Attorney
601 D Street NW
Suite 6-1301
Washington, DC 20530
202-252-7485
nialah.ferrer@usdoj.gov

AND

J. KRAMER FEDERAL PUBLIC DEFENDER
By: /s/ Eugene Ohm
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550 Washington,
D.C. 20004
(202) 208-7500
Counsel for Defendant Jason Gerding

JERRY RAY SMITH, JR., ATTORNEY AT LAW
By: /s/ Jerry Ray Smith, Jr.
JERRY RAY SMITH, JR.
717 D Street, NW, Suite 310
Washington, DC 20004-2812
Counsel for Defendant Christina Gerding