# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-131-PLF |
| : | |
| JASON GERDING and : | |
| CHRISTINA GERDING, : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby submits notice that Assistant United States Attorney Christopher Brunwin is entering his appearance on behalf of the United States.

Dated: December 20, 2022

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   /s/*Christopher Brunwin*
        CHRISTOPHER BRUNWIN
        California Bar No. 158939
        Assistant United States Attorney - Detailee
        United States Attorney's Office
        Central District of California
        312 N. Spring Street
        Los Angeles, California 90012
        (213)894-4242
        christopher.brunwin@usdoj.gov