UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-CR-00131- PLF |
| | : | |
| JASON GERDING | : | |
| | : | |
| Defendant. | : | |

## MOTION TO ADOPT AND JOIN MOTION FILED BY

## CO-DEFENDANT

Jason Gerding, through counsel, hereby move this Court, to adopt and join Christina Gerding's Motion to Suppress Data Recovered from Searches of Digital Devices, ECF 74.

The law and arguments presented in Ms. Gerding's Motion apply equally to Mr. Gerding.

## Conclusion

For the foregoing reasons, the parties hereby respectfully request that the Court grant this Motion to Join and Adopt ECF 74.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
Counsel for Jason Gerding