IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No: 1:21-cr-00131-PLF |
| | : | |
| v. | : | 40 U.S.C. § 5104(e)(2)(G) |
| | : | Parading, Demonstrating, or Picketing in a Capitol Building |
| JASON GERDING | : | |
| Defendant. | : | |

**STATEMENT OF OFFENSE**

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, **JASON GERDING,** with the concurrence of his attorney, agree and stipulate to the below factual basis for the Defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

*The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows

and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.8 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Jason Gerding's Participation in the January 6, 2021, Capitol Riot*

8. Jason Gerding and Christina Gerding traveled together from Quincy, Illinois to Washington, D.C. to attend a rally in support of then-President Donald Trump, held the morning of January 6.

9. After President Trump's speech, Christina Gerding and Jason Gerding walked to the U.S. Capitol Building to the West Front of the Capitol and stood among a group of individuals who had gathered there as the police stood behind bike racks to prevent entry into the Capitol.  Christina Gerding and Jason Gerding walked to the Upper West Terrace where they heard a high-pitched alarm. Christina Gerding said to Jason Gerding that law enforcement may

teargas them. Christina Gerding and Jason Gerding also saw people climbing onto the U.S. Capitol Building as they approached a door to the Capitol. Christina Gerding and Jason Gerding then began to chant, "Whose house? Our house." and "Let us in."

10. At approximately 2:34 p.m., Christina Gerding and Jason Gerding walked into an open door on the westside of the Capitol Building with individuals who were demanding entry into the Capitol Building. Christina Gerding observed officers as she walked into the Capitol Building.

11. Once inside the Capitol Building, Christina Gerding and Jason Gerding walked up stairs with several other individuals into the Rotunda. There, Christina Gerding and Jason Gerding had photographs taken of themselves, and sent those photographs to others showing that they were in the Capitol Building on January 6th and celebrating, demonstrating, and picketing, as they wore their Trump 2020 paraphernalia. One of these photographs is depicted below:



12. Christina Gerding and Jason Gerding left the Rotunda at approximately 2:40 p.m. and went to the first floor of the Capitol Building through the Memorial Door, and then walked through the Hall of Commons, and exited the Capitol Building at approximately 2:45 p.m. through the South Door Vestibule.

13. Jason Gerding knowingly and voluntarily admits to all the elements of Title 40, United States Code, Section 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. Specifically, Defendant admits that while inside the Capitol, Defendant willfully and knowingly paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Anthony L. Franks
Anthony L. Franks
Assistant United States Attorney
Missouri Bar No. 50217MO
Detailee – Federal Major Crimes
United States Attorney's Office
For the District of Columbia
Telephone No. (314) 539-3995
anthony.franks@usdoj.gov

DEFENDANT'S ACKNOWLEDGMENT

    I, Jason Gerding, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date:___1/16/2023__

*Jason Gerding* Jason Gerding
Defendant

ATTORNEY'S ACKNOWLEDGMENT

    I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1/19/23

Eugene Ohm
Attorney for Defendant